BRYAN SCHRODER
United States Attorney

RYAN TANSEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:19-cr-00013-SAO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN K. TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR ARREST WARRANT**

COMES NOW the United States of America, by and through undersigned counsel, and respectfully moves this Court to issue an Arrest Warrant for Ryan K. Tucker, defendant's Arraignment/Detention Hearing on Misdemeanor Information is scheduled for Friday, August 23, 2019 at 10:00 a.m. set in Fairbanks, Alaska.

RESPECTFULLY SUBMITTED this 22th day of August, 2019, in Fairbanks, Alaska.

        BRYAN SCHRODER
        United States Attorney

        s/ Ryan Tansey
        RYAN TANSEY
        Assistant United States Attorney
        United States of America

U.S. v. Tucker
4:19-cr-00013-SAO         Page 2 of 2
Case 4:19-cr-00013-SAO   Document 3   Filed 08/22/19   Page 2 of 2